IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JERMAINE ANTWAN TART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:18CV598 |
| ) | |
| MATTHEW THEODORE JOHNS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on November 12, 2020, was served on the parties in this action. (ECF Nos. 115, 116.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that the claims against Defendants Matthew Theodore Johns, Officer Smith, and Officer Hickman are DISMISSED without prejudice.

This, the 9th day of December 2020.

/s/ Loretta C. Biggs
United States District Judge